# Exhibit A



**SEEGERWEISS**LLP

1515 Market Street, Suite 1380, Philadelphia, PA 19102   P 215.564.2300   F 215.851.8029   www.seegerweiss.com

**VIA CERTIFIED MAIL**

L'Oréal USA, Inc.
50 Connell Drive
Berkeley Heights, NJ 07922

      Re:    *FABEND v.* L'OREAL USA, INC., *et al.*
                United States District Court, District of New Jersey

To Whom It May Concern:

      On behalf of Lydia Fabend and all others similarly situated, this letter is to notify L'Oreal USA, Inc., Lancôme, Inc., and Lancôme Luxury Products, LLC (collectively "Lancôme") that Lancôme has violated the California Consumers Legal Remedies Act ("CLRA") by employing or committing methods, acts, or practices declared unlawful by Cal. Civ. Code § 1770. *See* Cal. Civ. Code § 1782(a) and (b). Pursuant to Cal. Civ. Code § 1780(d), Ms. Fabend has initiated an action in the United States District Court, District of New Jersey, for injunctive relief against Lancôme. Within thirty (30) days after the date of this notice, Ms. Fabend will amend her complaint to include a request for damages unless Lancôme makes an appropriate remedy for her and all members of the proposed Class defined in the enclosed Class Action Complaint.

      The unlawful acts committed by Lancôme, in violation of the CLRA, include deceptive advertising and marketing by falsely claiming that Lancôme's wrinkle cream products, including those from the Luxury Collections Visionnaire, Genifique, High Resolution, Renergie, and Absolue Precious Cells (collectively "Luxury Wrinkle Creams") have age-negating effects on human skin. Lancôme has made, and continues to make, deceptive and unsubstantiated claims and promises to consumers about the efficacy of its Luxury Wrinkle Creams in a pervasive, nation-wide marketing scheme that falsely touts the benefits of these products. In reality, these products do not live up to the claims made by Lancôme, despite Lancôme's repeated promises that the results are supported by reliable clinical and/or scientific research. Accordingly, Lancôme's actions violate Sections 1770(a)(7), (9), and (14) of the CLRA. As a direct and proximate result of Lancôme's violations of the CLRA, Ms. Fabend and members of the proposed Class purchased Luxury

New York        Newark        Philadelphia        Los Angeles

Wrinkle Creams that they would not have otherwise purchased and are therefore, entitled to a full refund of the money they paid for these products.

Pursuant to Cal. Civ. Code § 1782(b), Lancôme may, within thirty (30) days of the date of this letter, avoid a potential action for damages under the Consumers Legal Remedies Act brought by Ms. Fabend by agreeing to correct, repair and rectify its unlawful acts by: (1) providing all members of the proposed Class as defined in enclosed complaint with notice of this action and the names of Ms. Fabend's attorneys; (2) providing Ms. Fabend and the Class with a full refund of all monies paid directly or indirectly to Lancôme for Luxury Wrinkle Creams; and (3) terminating Lancôme's practices of deceptive marketing and advertising of the Luxury Wrinkle Creams.

Sincerely,

Jonathan Shub

Enc.: Class Action Complaint