DEBEVOISE & PLIMPTON LLP
Jeremy Feigelson (pro hac vice
  admission pending)
Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
| | | |
|---|---|---|
| LYDIA FABEND, | : | |
| | | No. 12 Civ. 03571(WJM)(MF) |
| Plaintiff, | : | |
| | | ECF Case |
| v. | : | |
| | | **NOTICE OF ENTRY OF** |
| L'OREAL USA, INC., LANCÔME, INC., | : | **APPEARANCE AND** |
| LANCÔME LUXURY PRODUCTS, LLC, | | **REQUEST FOR** |
| | : | **ELECTRONIC** |
| Defendants. | | **NOTIFICATION** |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that Jeffrey S. Jacobson of Debevoise & Plimpton LLP hereby appears on behalf of the Defendants in the above matter. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
         July 9, 2012

                                    By: s/ Jeffrey S. Jacobson
                                        Jeffrey S. Jacobson
                                        Jeremy Feigelson (pro hac vice
                                          admission pending)
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        (212) 909-6000
                                        jsjacobson@debevoise.com
                                        *Attorneys for Defendants*

23699548v1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 9, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

                s/  Jeffrey S. Jacobson
                Jeffrey S. Jacobson

23699548v1