UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------- x
LYDIA FABEND, :
                             Plaintiff, :
                    v. :
L'OREAL USA, INC., LANCÔME, INC., :
LANCÔME LUXURY PRODUCTS, LLC, 
                            Defendants. :
----------------------------------------------------------------- x

No. 12 Civ. 03571(WJM)(MF)

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants to appear, answer, move or otherwise respond to the Complaint in the above proceeding shall be extended to and including September 14, 2012.

Dated: July 9, 2012

By: s/ Caroline F. Bartlett
    Caroline F. Bartlett
    CARELLA, BYRNE, CECCHI,
    OLSTEIN, BRODY & AGNELLO, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068
    (973) 994-1700
    *Attorneys for Plaintiff*

By: s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson
    Jeremy Feigelson (*pro hac vice admission pending*)
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000
    *Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2012.

_____
MARK FALK, U.S.M.J.

23699560v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
