DEBEVOISE & PLIMPTON LLP
Jeremy Feigelson (pro hac vice
  admission pending)
Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
LYDIA FABEND,                                              :
                                                                        No. 12 Civ. 03571(WJM)(MF)
                                     Plaintiff,           :
                                                                        ECF Case
             v.                                               :

L'OREAL USA, INC., LANCÔME, INC.,            :
LANCÔME LUXURY PRODUCTS, LLC,
                                                                  :
                                     Defendants.
-----------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of this Court to evaluate possible disqualification or recusal, the

defendants, by and through their undersigned counsel, set forth the following

information:

(a)     L'Oréal USA, Inc. is a wholly owned subsidiary of L'Oréal S.A., and the

          only publicly-held corporation that holds 10 percent or more of L'Oréal

          S.A.'s stock is Nestlé S.A.

23693873v1

2

(b)     Lancôme, Luxury Products, LLC is a wholly owned subsidiary of L'Oréal

USA, Inc.

(c)     Lancôme, Inc. does not exist as a separate corporate entity.

Dated: July 9, 2012

By: <u>s/ Jeffrey S. Jacobson</u>
Jeffrey S. Jacobson
Jeremy Feigelson (pro hac vice
  admission pending)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
jsjacobson@debevoise.com
*Attorneys for Defendants*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.


s/  Jeffrey S. Jacobson
Jeffrey S. Jacobson

23693873v1