# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

*Via ECF and Federal Express*
Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
Room PO-09
50 Walnut Street Room
Newark, New Jersey 07101

    Re:    *Fabend v. L'Oreal USA, Inc., et al.*
             Civil Action No 2:12-cv-03571-WJM-MF

Dear Judge Falk:

We represent Plaintiff Lydia Fabend in the above-captioned matter.

Enclosed please find the following:

1. Declaration of Caroline F. Bartlett in Support of *Pro Hac Vice* Admission of Counsel.

2. Declaration of Joe R. Whatley, Jr., Esq., in Support of *Pro Hac Vice* Admission.

3. Declaration of Edith M. Kallas, Esq., in Support of *Pro Hac Vice* Admission.

4. Declaration of Patrick J. Sheehan, Esq., in Support of *Pro Hac Vice* Admission.

5. Consent Order for *Pro Hac Vice* Admission of Counsel.

As indicated in the Bartlett Declaration, Defense counsel has consented to this request.

If the enclosed meets with Your Honor's approval, it is respectfully requested that the order granting the *pro hac vice* admission of counsel be entered on the docket.

July 12, 2012
Page 2

Thank you for your attention to and consideration of this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

*s/Caroline F. Bartlett*

CAROLINE F. BARTLETT

Enclosures
cc:   All Counsel (w/enclosures) (via ECF)