| | |
|---|---|
| James E. Cecchi<br>Caroline F. Bartlett<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Jonathan Shub<br>Scott A. George<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, Pennsylvania 19102<br>(215) 564-2300 |

Paul M. Weiss
Richard J. Burke
Julie D. Miller
COMPLEX LITIGATION GROUP, LLC
513 Central Avenue
Suite 300
Highland Park, Illinois 60035
(847) 433-4500

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYDIA FABEND,<br><br>                    Plaintiff,<br><br>       v.<br>L'OREAL USA, INC., LANCÔME, INC.,<br>LANCÔME LUXURY PRODUCTS, LLC,<br><br>                    Defendants. | Civil Action No 2:12-cv-03571-WJM-MF |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance on behalf of plaintiff Lydia Fabend in the above captioned matter.

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO, P.C.


                              By:    */s/* Donald A. Ecklund
                                      DONALD A. ECKLUND

Dated: July 13, 2012