UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYDIA FABEND,<br><br>                        Plaintiff,<br><br>v.<br><br>L'OREAL USA, INC., LANCÔME, INC., LANCÔME LUXURY PRODUCTS, LLC.,<br><br>                        Defendants. | Civil Action No.: 2:12-cv-03571 (WJM)(MF)<br><br>[~~PROPOSED~~] ORDER GRANTING *PRO HAC VICE* ADMISSION OF JONATHAN SHUB |

THIS MATTER having been presented to the Court upon the application of SEEGER WEISS, LLP, attorneys for Plaintiff, seeking the *pro hac vice* admission in this action of Jonthan Shub, and for good cause shown;

IT IS on this 26th day of July, 2012, ORDERED that Jonathan Shub is hereby granted admission *pro hac vice* to speak for and participate on behalf of Plaintiff in this matter in the same manner as attorneys authorized to practice law in this State; and

IT IS FURTHER ORDERED that Jonathan Shub shall abide by the provisions of the New Jersey Court Rules including all disciplinary rules, and shall also specifically comply with the provisions of R. 1:21-2, R. 1:20-1(b) (payment annually to the Oversight Committee), and R. 1:28-2 (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the time of his *pro hac vice* admission; and

IT IS FURTHER ORDERED that Jonathan Shub shall notify the Court immediately of any matter affecting their standing as members of the bar of any other Court; and

Case 2:12-cv-03571-WJM-MF   Document 14-2   Filed 07/10/12   Page 2 of 2 PageID: 154

**IT IS FURTHER ORDERED** that all pleadings, briefs and any other papers filed with the Court in this matter be signed by an attorney of record authorized to practice in this State.

_____          _____7/26/12_____
HON. WILLIAM J. MARTINI                              DATE

**MARK FALK**
**U.S. Magistrate Judge**