UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
LYDIA FABEND,                                      :
                        Plaintiff,                 :     No. 12 Civ. 03571(WJM)(MF)
                                                   :     ECF Case
        v.                                         :
                                                   :     [PROPOSED] ORDER
L'OREAL USA, INC., LANCÔME, INC.,                  :     GRANTING JEREMY
LANCÔME LUXURY PRODUCTS, LLC,                      :     FEIGELSON, ESQ., PRO
                                                   :     HAC VICE ADMISSION
                        Defendants.                :
---------------------------------------------------------------x

This matter having been brought before the Court by the application of Jeffrey S. Jacobson, Esq., in the above-captioned caption, for an Order admitting attorney Jeremy Feigelson, Esq. *pro hac vice*, and for good cause shown,

IT IS on this **26th** day of July, 2012

ORDERED that Jeremy Feigelson, Esq. of the law firm of Debevoise & Plimpton LLP, shall be admitted *pro hac vice* for the purpose of representing defendants, L'Oréal USA, Inc., Lancôme, Inc., and Lancôme Luxury Products, LLC., in this matter pursuant to L. Civ. R. 101(c); and it is further

ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey S. Jacobson of Debevoise & Plimpton LLP, attorney of record for defendants L'Oréal USA, Inc., Lancôme, Inc., and Lancôme Luxury Products, LLC. in the above-captioned action, who shall be held responsible for said papers, and for the conduct of the case, and who will be held responsible for the conduct of Jeremy Feigelson; and it is further

ORDERED that Mr. Feigelson shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a), and 1:28B-1(e) within 20 days from the date of entry of this Order; and it is further

ORDERED that Mr. Feigelson shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within 20 days from the date of entry of this Order; and it is further

ORDERED that Mr. Feigelson shall, along with his payment of the above fees, submit an E-filing Registration Form to the Clerk of the United States District Court; and it is further

ORDERED that Mr. Feigelson shall file a Notice of Appearance as soon as possible after the entry of this Order; and it is further

ORDERED that Mr. Feigelson shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that Mr. Feigelson shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

SO ORDERED:

_____
HON. WILLIAM J. MARTINI

**MARK FALK**
U.S. Magistrate Judge

2

23699745v1