DEBEVOISE & PLIMPTON LLP
Jeffrey S. Jacobson
Jeremy Feigelson
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------- x
LYDIA FABEND,                                    :
                                                 :       No. 12 Civ. 03571(WJM)(MF)
                Plaintiff,                       :
                                                 :       ECF Case
        v.                                       :
                                                 :       **NOTICE OF ENTRY OF**
L'OREAL USA, INC., LANCÔME, INC.,                :       **APPEARANCE**
LANCÔME LUXURY PRODUCTS, LLC,
                                                 :
                Defendants.
----------------------------------------------------------------- x

PLEASE TAKE NOTICE that pursuant to the order approving *pro hac vice* admission of Jeremy Feigelson of Debevoise & Plimpton LLP, I am hereby entering his appearance on behalf of the Defendants in the above matter.

Dated: New York, New York
       August 21, 2012

By: s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson
    Jeremy Feigelson
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000
    jfeigelson@debevoise.com
    *Attorneys for Defendants*

23728475v1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

                                                      s/ Jeffrey S. Jacobson
                                                        Jeffrey S. Jacobson

23728475v1