UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| LYDIA FABEND, | : |
| Plaintiff, | : No. 12 Civ. 03571(WJM)(MF) |
| v. | : **STIPULATION AND [PROPOSED] ORDER** |
| L'OREAL USA, INC., LANCÔME, INC., LANCÔME LUXURY PRODUCTS, LLC, | : |
| Defendants. | : |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. Plaintiff having advised Defendants of her intent to file an amended complaint, the time for Defendants to answer, move or otherwise respond to Plaintiff's complaint shall be extended to and including the sixtieth (60th) calendar day after Plaintiff files her amended complaint.

2. In the event that Defendants respond to Plaintiff's amended complaint with a motion to dismiss, Plaintiff's opposition memorandum shall be due on the sixtieth (60th) calendar day after Defendants file their motion, and Defendants' reply memorandum shall be due on the thirtieth (30th) calendar day after Plaintiff files her opposition.

Dated: September 7, 2012

By: **/s/ Caroline F. Bartlett**
    Caroline F. Bartlett
    CARELLA, BYRNE, CECCHI, OLSTEIN,
    BRODY & AGNELLO, P.C.
    5 Becker Farm Road
    Roseland, NJ 07068
    (973) 994-1700
    *Attorney for Plaintiff and the Proposed Class*

By: **/s/ Jeffrey S. Jacobson**
    Jeremy Feigelson (pro hac vice)
    Jeffrey S. Jacobson
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000
    *Attorneys for Defendants*

SO ORDERED:

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
