**SCOTT+SCOTT LLP**
Judith S. Scolnick
(Bar No. JS-0829)
The Chrysler Building
405 Lexington Avenue
40th Floor
New York, NY  10174
Telephone:   (212) 223-6444
Facsimile:    (212) 223-6334

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYDIA FABEND, ROSEMARIE MURPHY, KIMBERLY DAVIS  and all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>L'OREAL USA, INC., LANCÔME, INC., LANCÔME LUXURY PRODUCTS, LLC,<br><br>Defendants. | Civil Action No.12-cv-03571(WJM) (MF) |

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney Judith S. Scolnick of the law firm of Scott+Scott LLP**,** The Chrysler Building, 405 Lexington Avenue, 40th Floor, New York, NY  10174, hereby enters her appearance as additional counsel for Plaintiffs Lydia Fabend, Rosemarie Murphy, and Kimberly Davis in the above-captioned action.  The undersigned will appear along with present counsel.  Counsel requests that all further notices and copies of pleadings, papers and other materials relevant to this action should be directed and served upon all counsel.

Dated: October 10, 2012            Respectfully submitted,
                                                         SCOTT+SCOTT LLP

                                                         /s/ Judith S. Scolnick
                                                         Judith S. Scolnick (Bar No. JS-0829)
                                                         Email:  jscolnick@scott-scott.com