Jeremy Feigelson
Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Defendants L'Oréal USA, Inc.,*
*Lancôme, Inc. and*
*Lancôme Luxury Products, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'ORÉAL WRINKLE CREAM MARKETING PRACTICES LITIGATION | MDL 2415 <br><br> Master Docket No: 2:12-cv-3571 (WJM)(MF) |
| This Document Relates To: ALL CASES | ECF Case <br><br> **NOTICE OF MOTION** <br><br> Return Date: July 15, 2013 <br> Oral Argument Requested |

**PLEASE TAKE NOTICE** that on July 15, 2013, or as soon thereafter as counsel may be heard, Defendants L'Oréal USA, Inc., Lancôme, Inc. and Lancôme Luxury Products, LLC ("L'Oréal"), by and through its attorneys Debevoise & Plimpton LLP, will move before the Honorable William J. Martini, United States District Judge, for an Order granting Defendants' Motion to Dismiss the Master Consolidated Complaint, and for such other relief as the Court may award.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, L'Oréal relies on the arguments presented in the Memorandum of Law in Support of Defendants' Motion to Dismiss, the pleadings of the record, any reply brief to be submitted herein, and oral argument which is specifically requested. Also submitted herewith for the Court's consideration is a proposed form of Order.

DATED: April 26, 2013

Respectfully submitted,

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Jeremy Feigelson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
jsjacobson@debevoise.com
jfeigelson@debevoise.com

*Attorneys for Defendants L'Oréal USA, Inc., Lancôme, Inc. and Lancôme Luxury Products, LLC*