Jeremy Feigelson
Jeffrey S. Jacobson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendants L'Oréal USA, Inc.,*
*Lancôme, Inc. and*
*Lancôme Luxury Products, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'ORÉAL WRINKLE CREAM MARKETING PRACTICES LITIGATION | MDL 2415 |
| | Master Docket No: 2:12-cv-3571 (WJM)(MF) |
| This Document Relates To: ALL CASES | ECF Case |
| | **[PROPOSED] ORDER** |

Defendants L'Oréal USA, Inc., Lancôme, Inc. and Lancôme Luxury Products, LLC, by and through their attorneys, Debevoise & Plimpton LLP, having moved for an order dismissing Plaintiffs' Master Consolidated Complaint; and the Court having considered Defendants' submissions and any opposition received thereto, and for good cause shown,

2

IT IS on this _____ day of _____, 2013, hereby

ORDERED that the Motion is GRANTED and the Master Consolidated Complaint is hereby DISMISSED WITH PREJUDICE.

_____
The Honorable William J. Martini, U.S.D.J.