**CERTIFICATION OF SERVICE**

I hereby certify that on April 26, 2013, I served a true and correct copy of (1) the Notice of Motion; (2) the Memorandum on Law in Support of Defendants' Motion to Dismiss; (3) the Proposed Order; and (4) this Certification of Service to be served via the CM/ECF system on the following:

James E. Cecchi
Caroline F. Bartlett
Donald A. Ecklund
Lindsey H. Taylor
CARELLA BYRNE CECCHI OLSTEIN
BRODY &AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com
decklund@carellabyrne.com
ltaylor@carellabyrne.com

Judith S. Scolnick
SCOTT & SCOTT LLP
405 Lexington Avenue, 40th Floor
New York, NY 10174
jscolnick@scott-scott.com

Julie Diane Miller
Jamie E. Weiss
COMPLEX LITIGATION
GROUP LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
juliem@complexlitgroup.com
jamie@complexlitgroup.com

Scott A. George
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
sgeorge@seegerweiss.com

Furthermore, per agreement with interim lead counsel Carella Byrne Cecchi Olstein Brody & Agnello, P.C., all other counsel of record will be served via email sent by the interim lead counsel.  The other counsel of record are as follows:

| | |
|---|---|
| Aaron Samuel Podhurst<br>John Gravante, III<br>Matthew Weinshall<br>Peter Prieto<br>PODHURST ORSECK P.A.<br>City National Bank Building<br>25 W Flagler Street<br>Suite 800<br>Miami, FL 33130-1780 | Mark C. Gardy<br>Jennifer Sarnelli<br>GARDY & NOTIS, LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>jsarnelli@gardylaw.com<br>mgardy@gardylaw.com |
| Jeremy William Alters<br>Matthew T. Moore<br>ALTERS LAW FIRM<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | Martin S. Bakst<br>LAW OFFICES OF MARTIN S. BAKST<br>15760 Ventura Boulevard<br>Sixteenth Floor<br>Encino, CA 91436 |

23883929v02

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Lionel Zevi Glancy
Marc L. Godino
Casey Edwards Sadler
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

Maxwell M. Blecher
Donald R. Pepperman
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90071-3334

Mark P. Pifko
Natasha Mehta
Roland K. Tellis
BARON & BUDD P.C.
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

Benjamin Michael Lopatin
THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center
Suite 500
San Francisco, CA 94111
lopatin@hwrlawoffice.com

Reginald Von Terrell
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94591
Reggiet2@aol.com

Erin Green Comite
SCOTT & SCOTT LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415

Joe R. Whatley , Jr.
WHATLEY DRAKE & KALLAS LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017

3

23883929v02

| | |
|---|---|
| Patrick J. Sheehan<br>WHATLEY DRAKE &<br>KALLAS LLC<br>28 State Street, 11th Floor<br>Boston, MA 02109 | Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 |
| Stephen A. Weiss<br>SEEGER WEISS LLP<br>77 Water Street, 26th Fl.<br>New York, NY 10005<br>sweiss@seegerweiss.com | Preston W. Leonard<br>139 Charles St.<br>Suite A121<br>Boston, MA 02114 |
| Ryan J. Clarkson<br>Edward D. Dubendorf<br>RED LAW, LLP<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, CA 90401 | |
| Dated: April 26, 2013 | /s/ Jeffrey S. Jacobson<br>Jeffrey S. Jacobson<br>Jeremy Feigelson<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>jsjacobson@debevoise.com<br>jfeigelson@debevoise.com<br><br>*Attorneys for Defendants L'Oréal USA, Inc., Lancôme, Inc. and Lancôme Luxury Products, LLC* |