James E. Cecchi
Caroline F. Bartlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Interim Lead Counsel for Plaintiffs*

Ryan J. Clarkson
Edward D. Dubendorf
RED LAW, LLP
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
(310) 917-1070

*Attorneys for Plaintiff Jessica Luu
And the Proposed Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'OREAL WRINKLE CREAM MARKETING PRACTICES LITIGATION | MDL 2415<br><br>Master Docket No. 2:12-cv-3571 (WJM)(MF) |
| This Document Relates To: ALL CASES | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting *pro hac vice* admission in the within matter was entered on April 11, 2013 for Edward D. Dubendorf and Ryan J. Clarkson; and

2. The admission fee for each admission ($150 each), pursuant to L.Civ.R.101.1(c)(3), was paid to the Clerk of the Court on April 19, 2013 (**Receipt # NEW016716**).

/s/ Caroline F. Bartlett
CAROLINE F. BARTLETT

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:     EDWARD D. DUBENDORF, ESQ.
Address:  RED LAW, LLP
          100 Wilshire Blvd., Suite 950
          Santa Monica, CA
          EMAIL: edubendorf@redlawllp.com
          Telephone: 310-917-1070

Name:     RYAN J. CLARKSON, ESQ.
Address:  RED LAW, LLP
          100 Wilshire Blvd., Suite 950
          Santa Monica, CA
          EMAIL: rclarkson@redlawllp.com
          Telephone: 310-917-1070