James E. Cecchi
Caroline F. Bartlett
Lindsey H. Taylor
Zachary S. Bower
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'OREAL WRINKLE CREAM MARKETING PRACTICES LITIGATION | MDL 2415<br><br>Master Docket No: 12-3571(WJM)(MF) |
| This Document Relates To: ALL CASES | |

CAROLINE F. BARTLETT, of full age, declares:

1.       I am an attorney-at-law admitted to practice and in good standing in the State of New Jersey, am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), and am counsel for Plaintiffs in the above-captioned matter. In such capacity, I am fully familiar with the facts contained herein. I submit this declaration in support of the Plaintiffs' opposition to the Motion to Dismiss.

2.       Annexed hereto as Exhibit A is a copy of the second point-of-sale brochure appearing in the Master Consolidated Complaint ("MCC") at ¶ 93, on page 34.

3.       Annexed hereto as Exhibit B is a copy of the first point-of-sale brochure appearing in the MCC at ¶ 93, on page 35.

4.      Annexed hereto as Exhibit C is a copy of the first point-of-sale brochure appearing in the MCC at ¶ 93, on page 34.

5.      Annexed hereto as Exhibit D is a copy of the first point-of-sale brochure appearing in the MCC at ¶ 93, on page 36.

I declare under penalty of perjury that the foregoing is true and correct.


                                        _____/s/ Caroline F. Bartlett_____
                                        CAROLINE F. BARTLETT

Dated: June 14, 2013

# EXHIBIT A



Your Skincare **POWER SYSTEM™**

# See Visibly Younger Skin in Just 7 Days!

## Activate with:

**GÉNIFIQUE**
**YOUTH ACTIVATING CONCENTRATE**

**Youth is in your genes. Reactivate it.[1]**
**Discover the skin you were born to have.**

Génifique Concentrate gives visibly younger skin in just 7 days. Skin looks as if lit from within, feels cushiony soft and velvety to the touch.

**The Innovation**
**10 Years of Research – 7 International Patents**
At the very origin of your skin's youth: your genes. Genes produce specific proteins that diminish with age. Skin appears dull, uneven and not as smooth as it once was.

Génifique Concentrate contains ingredients shown to boost genes' activity[2] and stimulate the production of youth proteins.[3] Skin looks breathtakingly radiant, refined and perfectly smooth.

(Also available in a hydrating cream serum formula)

**Clinically Proven: See Visibly Younger Skin in Just 7 Days[4]**

**To learn more about Génifique, go to lancome.com**

[1] Activate skin's youthful look
[2] In-vitro tests on genes
[3] Clinical study on skin proteins associated with young skin – France
[4] Based on consumer evaluations in a clinical study which also consists of expert evaluations

> Also available in a hydrating cream serum formula).

## Moisturize with:

**GÉNIFIQUE REPAIR**
**YOUTH ACTIVATING NIGHT CREAM**

**Skin Truth**
When we're young, skin renewal and repair happen quickly and efficiently, whether we sleep 8 hours or only a few. With age skin's nighttime renewal and repair slows. The result? Skin can appear tired, dull, fatigued – even if we get plenty of rest.

**The Innovation**
Génifique Repair contains ingredients shown to help boost the activity of skin's "repair genes."[*] Upon waking, skin appears rested and visibly repaired – as if you slept 2 extra hours.[**]

**GÉNIFIQUE EYE**
**YOUTH ACTIVATING EYE CONCENTRATE**
See visibly younger, brighter eyes in just 7 days. Dark circles and signs of fatigue seem to diminish and the eye area looks fresh and luminous. Use alone or under any Lancôme eye cream.

[*] In-vitro tests
[**] Based on consumer evaluations after 4 weeks of use

ACTIVATE   MOISTURIZE

# EXHIBIT B



# EXHIBIT C

Your Skincare **POWER SYSTEM**™

# Lift. Firm. Reshape. See Youthful Contours Return.

**Activate with:**

**GÉNIFIQUE**
**YOUTH ACTIVATING CONCENTRATE**

**Youth is in your genes. Reactivate it.[1]**
**Discover the skin you were born to have.**

Génifique Concentrate gives visibly younger skin in just 7 days. Skin looks as if lit from within. Feels cushiony soft and velvety to the touch.

**The Innovation**
**10 Years of Research – 7 International Patents**
At the very origin of your skin's youth: your genes. Genes produce specific proteins that diminish with age; Skin appears dull, uneven and not as smooth as it once was.

Génifique Concentrate contains ingredients shown to boost genes' activity[3] and stimulate the production of youth proteins.[3] Skin looks breathtakingly radiant, refined and perfectly smooth.

**Clinically Proven: See Visibly Younger Skin in Just 7 Days[4]**

**To learn more about Génifique, go to lancome.com**
[1] Activate skin's youthful look
[2] In-vitro tests on genes
[3] Clinical study on skin proteins associated with young skin – France
[4] Based on consumer evaluations in a clinical study, which also consists of expert evaluations



(Also available in a nighttime formula).

**Moisturize with:**

**RÉNERGIE LIFT VOLUMETRY**
**VOLUMETRIC LIFTING AND RESHAPING CREAM SPF 15**
Rénergie Lift Volumetry helps visibly lift, firm and reshape facial contours. Cheeks appear re-plumped and the jaw line looks refined. Wrinkles appear reduced.* (Also available in a nighttime formula.)

**Skin Truth**
**Growth factors are cellular messengers essential to maintaining skin's support structure.**
Key skin elements that play a role in skin firmness and tightness diminish with age. The skin begins to slacken. Cheeks lose plumpness and appear hollow; smile lines and crow's feet deepen; the jaw line appears to droop.

**The Innovation**
For the 1st time from Lancôme, new GF-Volumetry™ complex helps support cellular communication.** See a new dimension in lifting for a Volumetric Result.

**RÉNERGIE LIFT VOLUMETRY EYE**
**VOLUMETRIC LIFTING AND RESHAPING EYE CREAM**
Helps visibly lift, firm and reshape the delicate eye contour. Wrinkles and crow's feet appear reduced.

**To learn more about Rénergie Lift Volumetry, go to lancome.com**
* Based on results from a consumer test of 50 women aged from 45 to 65 years old – France
** In-vitro studies

ACTIVATE                 MOISTURIZE

# EXHIBIT D

## DISCOVER THE BENEFITS OF ABSOLUE PREMIUM ßx

**Skin Truth**
With chronological (natural) aging, skin loses the ability to retain moisture and skin's structure begins to break down. Skin can feel drier and lose elasticity, firmness and radiance.

**The Innovation**
Pro-Xylane™ – the fountain of youth?
A natural sugar found in skin plays a key role in helping to maintain essential skin moisture from within. Seven years of research led to the patent of Pro-Xylane™ – a breakthrough technology, acting deep in the skin's surface to restore essential moisture from within.

The deeply enriched Bio-Network™, a complex of wild yam, soy, sea algae and barley, is specially formulated to help visibly rejuvenate skin's appearance.

These ingredient complexes are combined in Absolue Premium ßx to help deeply replenish skin for visible skincare results. Skin recaptures the youthful qualities of younger-looking skin: firmness, elasticity, clarity.

## Your Skincare **POWER SYSTEM™**

### Begin with:

ABSOLUE ULTIMATE NIGHT ßx
INTENSE NIGHT RECOVERY AND REPLENISHING SERUM
A unique serum combining our highest level of Pro-Xylane™ combined with the replenishing Bio-Network™ and Vigna Seed extract. Absolue Ultimate ßx Night Serum helps skin feel firmer, more elastic and look visibly smoother.

### Moisturize with:

ABSOLUE PRECIOUS CELLS
ADVANCED REGENERATING AND RECONSTRUCTING CREAM SPF 15
It's proven: within 7 days skin recovers the visible signs of younger skin². Skin feels denser. Wrinkles appear significantly reduced.

Absolue Precious Cells is our ultimate in skincare that addresses UV-damaged skin. It helps restore density, reduce the appearance of wrinkles and regenerate radiance.
(Also available in a nighttime formula)

Significant deep wrinkle reduction in UV damaged skin after 4 weeks. Clinically proven³

ABSOLUE EYE PRECIOUS CELLS
ADVANCED REGENERATING AND RECONSTRUCTING EYE CREAM
The ultimate in eye care that visibly smoothes, tightens and regenerates radiance in the delicate eye area, reducing signs of puffiness and fatigue.

To learn more about Absolue Precious Cells, go to lancome.com

¹ Apple stem cell complex. ² Based on results from a consumer test on women with UV-damaged skin. ³ Reduction in crow's feet and laugh lines in a 4-week clinical evaluation on UV-damaged skin.

## Absolute Replenishment & Regeneration
for UV & Lifestyle Damaged Skin

(Also available in a nighttime formula).





SERUM

MOISTURIZE