James E. Cecchi
Lindsey H. Taylor
Caroline F. Bartlett
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'OREAL WRINKLE CREAM MARKETING PRACTICES LITIGATION | MDL 2415 |
| | Master Docket No. 12-cv-03571 |
| This Document Relates to: | |
| ALL CASES | **ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, co-counsel for Plaintiff, and the Court having considered the moving papers, and Defendants consenting hereto, and good cause appearing,

IT IS THIS day ___/s/___ of August, 2013,

ORDERED that Jeffrey A. Leon is hereby admitted *pro hac vice* on behalf of Plaintiff in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Jeffrey A. Leon shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
LOIS H. GOODMAN, U.S.M.J.

**MARK FALK**
**U.S. Magistrate Judge**