UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: L'OREAL WRINKLE CREAM MARKETING PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL 2415<br><br>Master Docket No. 12-cv-03571 |

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1 (c)(3), has been paid to the Clerk of the Court.

/s/ Caroline F. Bartlett

PRO HAC VICE ATTORNEY INFORMATION:

Jeffrey A. Leon
COMPLEX LITIGATION GROUP LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Email: jeff@complexlitgroup.com